IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BILL C. COSTARAS, D.D.S., *et al.*, | ) | CASE NO. 1:05 CV 1827 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| NBC UNIVERSAL, INC., *et al.*, | ) | <u>JUDGMENT</u> |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion of this Court, the Motion of Defendant NBC Studios, Inc. to Dismiss for Improper Venue, or in the alternative, to Transfer Venue (ECF #10) is granted in part as this action will be transferred to the United States District Court for the Central District of California. The Motions of Defendant Andrew Glassman to Dismiss for Defective Service of Process and Lack of Personal Jurisdiction and Improper Venue, or in the alternative, to Transfer Venue (ECF #12) and Defendant Krasnow Productions, LLC to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the alternative, to Transfer Venue (ECF #27) are granted in part in that the Court finds that it does not have personal jurisdiction over these Defendants and orders that the case be transferred to the United States District Court for the Central District of California where venue is proper and personal jurisdiction over these Defendants can be obtained. Accordingly, the Clerk of Courts shall transfer this action to the United States District Court for the Central District of California.

IT IS SO ORDERED.

                                                                           <u>/s/Donald C. Nugent</u>
                                                                           Judge Donald C. Nugent

DATED: <u>December 15, 2005</u>